FILED

JUL 18 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ROARK & HARDEE L.P. d/b/a §
THE WAREHOUSE SALOON AND §
BILLIARDS, BILL HARDEE, 219 L.P. d/b/a §
219 WEST, PAUL SILVER, DEI GRATIA, §
INC. d/b/a THE ELYSIUM, JOHN §
WICKHAM, PUB DRAUGHT, INC. d/b/a §
LOVEJOYS TAP ROOM AND BREWERY, §
JOSEPH (CHIP) TAIT, BEERLAND, §
RANDALL STOCKTON, TENNIA B. §
BROWN d/b/a HORSESHOE LOUNGE, GMC § CASE NO. A-05-CA-837 SS
INVESTMENT, INC. d/b/a EGO'S, CANARY §
ROOST, INC., CANARY HUT, INC., GAIL §
E. JOHNSON, SHEENA SEMMLER, §
JANET BUDMAN, KEEP AUSTIN FREE §
PAC, TONY SIRGO, and EDWARD CHECK, §
§
v. §
§
CITY OF AUSTIN §

**<u>CITY OF AUSTIN'S LIST OF TRIAL WITNESSES AND EXPERT WITNESSES</u>**

TO THE HONORABLE SAM SPARKS, UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant City of Austin and files this listing of Witnesses and Expert

Witnesses.

## I.      <u>Trial Witnesses</u>

1.    Lynn E. Carter
      P.O. Box 1546
      Austin, Texas 78767-1546
      (512) 974-2310 / (512) 974-6490 [fax]
      Defendant's attorney.  May testify in regard to whether attorneys' fees and costs are
      reasonable and necessary.

2.    Edward Check
      c/o Marc A. Levin, Potts & Reilly, L.L.P.
      401 West 15th Street, Suite 850
      Austin, Texas  78701
      (512) 469-7474 / (512) 469-7480 [fax]

May testify by deposition testimony.

3.  Heath Douglas, Employee of Warehouse Saloon & Billiards
    509 E. Ben White Blvd.
    Austin, Texas  78704
    (512)422-1121
    May testify by deposition testimony in this cause (April 4, 2006).

4.  Marcel Elizondo, Sanitarian
    Health and Human Services, Water and Air Pollution Protection Unit
    Austin, Texas
    (512) 972-5702
    May be called to testify in regard to complaint investigations, inspections of
    establishments in regard to the smoking ordinance, communications with owners,
    operators and/or employees of establishments, and enforcement of the ordinance.  Also
    may be called to testify regarding communications with Plaintiffs or witnesses.

5.  Carolyn Espeseth, Municipal Court Prosecutor
    c/o Lynn E. Carter
    P.O. Box 1546
    Austin, Texas 78767-1546
    (512) 974-2310 / (512) 974-6490 [fax]
    May be called to testify regarding criminal prosecutions of violations of the smoking
    ordinace.

6.  John Gabrielson, # 5342
    Austin Police Officer, Austin Police Department
    715 East 8th Street
    Austin, Texas 78701
    512-974-5000
    May be called to testify as to his knowledge of persons smoking in bars and his issuance
    of citations for such smoking.

7.  Daniel Ray Gonzalez, Sanitarian Senior
    Health and Human Services, Water and Air Pollution Protection Unit
    Austin, Texas
    (512) 972-5684
    May be called to testify in regard to complaint investigations, inspections of
    establishments in regard to the smoking ordinance, communications with owners,
    operators and/or employees of establishments, and enforcement of the ordinance.  Also
    may be called to testify regarding communications with Plaintiffs or witnesses.

8.  Brandlin Hamilton, Bartender
    Mickey's Thirsty I Lounge
    11806 N. Lamar Blvd.
    Austin, Texas 78753

(512) 836-9991
May be called to testify concerning loss of income due to smoking ban, compliance efforts, and enforcement issues regarding warning and citations issued.

9.   Bill Hardee, Owner/Operator
     The Warehouse Saloon and Billiards
     c/o Marc A. Levin, Potts & Reilly, L.L.P.
     401 West 15th Street, Suite 850
     Austin, Texas  78701
     (512) 469-7474 / (512) 469-7480 [fax]
     Plaintiff.  May be called to testify by deposition testimony.

10.  Jeffrey Herring, Smoking Investigator
     Environmental and Consumer Health Unit
     City of Austin Health and Human Services Department
     2808 Webberville Road, Room 161
     Austin, Texas 78702
     (512)972-6281 and/or (512)972-5400
     Will testify in regard to complaint investigations, inspections of establishments in regard to the smoking ordinance, communications with owners, operators and/or employees of establishments, and enforcement of the ordinance.  May also testify in regard to the numbers of complaints, violations, and criminal complaints that have been recorded by the City of Austin Health and Human Services Department. (HHSD).  Also may testify regarding communications with Plaintiffs or witnesses.

11.  Philip Huang, M.D., M.P.H., Medical Director, Chronic Disease Prevention
     Chief, Bureau of Chronic Disease and Tobacco Prevention
     Texas Department of State Health Services
     1100 W. 49th Street
     Austin, Texas  78756
     (512) 458-7200
     May be called briefly if necessary.  See testimony from Preliminary Injunction hearing dated 10/11/05; see expert designation.  Dr. Huang has personal knowledge and expertise in regard to air quality testing performed in Austin bars before and after the effective date of the smoking ordinance.  Additional testimony my be offered in regard to harmful effects of second-hand smoke, plaintiffs' claims of financial harm and/or air quality tests of bars in Austin.  See recent report of U.S. Surgeon General.

12.  Ryan Hunter
     May be called as a rebuttal witness.

13.  Robert "Bob" Jerome, Day Manager of Warehouse Saloon & Billiards
     509 E. Ben White Blvd.
     Austin, Texas  78704
     (512)422-1121
     May be called to testify by deposition testimony in this cause (April 4, 2006).

14.   Shannon Jones, III, Assistant Director Public Health
      City of Austin Health and Human Services Department
      15 Waller
      Austin, Texas 78702
      (512) 972-5400
      May be called to testify as to the effects of second-hand smoke; educational programs
      and practices in regard to the harmful effects of second-hand smoke; enforcement
      guidelines, policies, and procedures; the department's interpretation of the smoking
      ordinance; and compliance with the ordinance by the vast majority of Austin bars.  May
      also testify in regard to the numbers of complaints, violations, and criminal complaints
      that have been recorded by the City of Austin Health and Human Services Department.
      (HHSD).

15.   Gail Johnson, Owner/Operator
      Ego's, The Canary Hut, The Canary Roost
      c/o Marc A. Levin
      Potts & Reilly, L.L.P.
      401 West 15th Street, Suite 850
      Austin, Texas 78701
      (512) 469-7474 / (512) 469-7480 [fax]
      Plaintiff.  May be called to testify by deposition testimony.

16.   Glenn C. Larimore, Sanitarian
      Health and Human Services, Water and Air Pollution Protection Unit
      Austin, Texas
      (512) 972-5649
      May be called to testify in regard to complaint investigations, inspections of
      establishments in regard to the smoking ordinance, communications with owners,
      operators and/or employees of establishments, and enforcement of the ordinance.  Also
      may testify regarding communications with Plaintiffs or witnesses.

17.   Mickey Leathers, Owner/Operator
      Mickey's Thirsty I Lounge
      11806 N. Lamar Blvd.
      Austin, Texas 78753
      (512) 836-9991
      May be called to testify concerning loss of income due to smoking ban, compliance
      efforts, and enforcement issues regarding warning and citations issued.

18.   T.C. Leshikar, Owner/Operator - Tambaleo
      302 Bowie
      Austin, Texas 78703
      (512) 472-3213
      Will submit testimony during Preliminary Injunction Hearing on 10/11/05.

19.  Marc A. Levin, Potts & Reilly, L.L.P.
     401 West 15th Street, Suite 850
     Austin, Texas  78701
     (512) 469-7474 / (512) 469-7480 [fax]
     Plaintiffs' attorney.  May cross-examine in regard to attorney fees and regarding his
     involvement in criminal prosecutions related to the smoking ordinance.

20.  David Lopez, Manager
     Environmental and Consumer Health Unit
     City of Austin Health and Human Services Department
     15 Waller
     Austin, Texas 78702
     (512) 972-5400
     May be called to testify as to the effects of second-hand smoke; educational programs
     and practices in regard to the harmful effects of second-hand smoke; enforcement
     guidelines, policies, and procedures and; the department's interpretation of the smoking
     ordinance; and compliance with the ordinance by the vast majority of Austin bars.  May
     also be called to testify in regard to the numbers of complaints, violations, and criminal
     complaints that have been recorded by the City of Austin Health and Human Services
     Department. (HHSD).

21.  David Lurie, Director of Public Health
     City of Austin Health and Human Services Department
     601 Airport Boulevard
     Austin, Texas 78702
     (512) 972-5400
     May introduce testimony from Preliminary Injunction hearing on 10/12/05.  May be
     called testify as to the effects of second-hand smoke; educational programs and practices
     in regard to the harmful effects of second-hand smoke; enforcement guidelines, policies,
     and procedures and; the department's interpretation of the smoking ordinance; and
     compliance with the ordinance by the vast majority of Austin bars.  May also be called to
     testify in regard to the numbers of complaints, violations, and criminal complaints that
     have been recorded by the City of Austin Health and Human Services Department.
     (HHSD).

22.  Laura Nunez
     1905 Anita Dr., #3
     Austin, Texas 78704
     (512) 791-5653
     May introduce Preliminary Injunction Hearing testimony on 10/11/05.

23.  Sarah Martin, Bartender
     Rackdaddy's
     4410 E. Riverside Drive
     Austin, Texas 78741
     (512) 389-1577

5

May be called to testify regarding loss of income due to smoking ordinance, compliance efforts, and enforcement issues.

24.   Karina Moore, Public Health Educator II
Environmental and Consumer Health Unit
City of Austin Health and Human Services Department
2808 Webberville Road, Room 161
Austin, Texas 78702
(512) 972-5653
May introduce testimony from Preliminary Injunction Hearing.  May be called to testify as to the effects of second-hand smoke; educational programs and practices in regard to the harmful effects of second-hand smoke; enforcement guidelines, policies, and procedures and; the department's interpretation of the smoking ordinance; and compliance with the ordinance by the vast majority of Austin bars. May also be called to testify as to his inspections of bars for compliance with the smoking ordinance.  May also be called to testify in regard to communications with bar owners, operators and employees regarding the smoking ordinance.

25.   Homer Moyers, Employee of the Canary Roost
11900 Metric Blvd.
Austin, Texas  78758
May introduce deposition testimony in this cause (April 10, 2006).

26.   Carol Sahm, Compliance Coordinator
Environmental and Consumer Health Unit
15 Waller Street
Austin, Texas 78702
(512) 972-5600
May be called to testify as to violations of the smoking ordinance.

27.   Quint Sebek, # 3454
Austin Police Officer, Austin Police Department
715 East 8th Street
Austin, Texas 78701
512-974-5000
May be called to testify as to his knowledge of persons smoking in bars and his issuance of citations for such smoking.

28.   Paul Silver, Owner/Operator
219 West
c/o Marc A. Levin, Potts & Reilly, L.L.P.
401 West 15th Street, Suite 850
Austin, Texas  78701
(512) 469-7474 /(512) 469-7480 [fax]
Former Plaintiff.  May be called to testify by deposition testimony.

29.     Tony Sirgo
        c/o Marc A. Levin, Potts & Reilly, L.L.P.
        401 West 15th Street, Suite 850
        Austin, Texas  78701
        (512) 469-7474 / (512) 469-7480 [fax]
        Plaintiff.  See deposition testimony.

30.     Joseph "Chip" Tait, Former Owner/Operator - Lovejoys
        c/o Marc A. Levin, Potts & Reilly, L.L.P.
        401 West 15th Street, Suite 850
        Austin, Texas  78701
        (512) 469-7474 / (512) 469-7480 [fax]
        Plaintiff.  May be called to testify by deposition testimony.

31.     Azita Vaiszadeti, Employee of the Canary Roost
        11900 Metric Blvd.
        Austin, Texas  78758
        May be called to testify by deposition testimony in this cause (April 10, 2006).

32.     Robert Wright, Supervisor
        Environmental and Consumer Health Unit
        City of Austin Health and Human Services Department
        2808 Webberville Road, Room 161
        Austin, Texas 78702
        (512) 972-5654
        May be called to testify as to the effects of second-hand smoke; educational programs
        and practices in regard to the harmful effects of second-hand smoke; enforcement
        guidelines, policies, and procedures and; the department's interpretation of the smoking
        ordinance; and compliance with the ordinance by the vast majority of Austin bars.  May
        also be called to testify in regard to communications with bar owners, operators and
        employees regarding the smoking ordinance.

Defendant City of Austin also incorporates and designates all witnesses identified by Plaintiffs.

## II.   Expert Witnesses

1.   Philip Huang, M.D., M.P.H.
Medical Director, Chronic Disease Prevention
Chief, Bureau of Chronic Disease and Tobacco Prevention
Texas Department of State Health Services
1100 W. 49th Street
Austin, Texas  78756
512/458-7200
May call briefly if necessary.  See testimony from Preliminary Injunction hearing dated 10/11/05; see expert designation.  Dr. Huang has personal knowledge and expertise in regard to air quality testing performed in Austin bars before and after the effective date of the smoking ordinance.  Additional testimony my be offered in regard to harmful effects of second-hand smoke, plaintiffs' claims of financial harm and/or air quality tests of bars in Austin.  See recent report of U.S. Surgeon General.

2.   Lynn E. Carter
P.O. Box 1546
Austin, Texas 78767-1546
(512) 974-2310
(512) 974-6490 [fax]
Defendant's attorney.  May testify in regard to whether attorneys' fees and costs are reasonable and necessary.

Defendant incorporates by reference all witnesses listed by Plaintiffs.

RESPECTFULLY SUBMITTED,

DAVID ALLAN SMITH
CITY ATTORNEY

LYNN E. CARTER
Assistant City Attorney
State Bar No. 03925990
City of Austin Law Department
Post Office Box 1546
Austin, Texas 78767-1546
(512) 974-2310
(512) 974-6490 (facsimile)
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this _18th_ day of July, 2006.

**(Via Facsimile (512) 469-7480)**
Marc A. Levin
Potts & Reilly, L.L.P.
401 West 15th Street, Suite 850
Austin, Texas  78701

LYNN E. CARTER

L:\Litigation\CL\General Litigation\Roark & Hardee, L.P\Trial Witness and Expert Witness List.doc

9